IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SHEILA BELL and | § | |
| CHRISTOPHER BELL, Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-683 |
| | § | |
| | § | |
| OFFICE OF THE ATTORNEY GENERAL | § | |
| and JOYCE WASHINGTON, Defendants. | § | |

## ORDER

After carefully considering the Plaintiffs' Complaint and Application to Proceed *In Forma Pauperis* ("IFP"), this Court issued an Order on December 20, 2006, in which it concluded that IFP status was not merited in this matter and directing the Plaintiffs to pay the filing fee in full by January 5, 2007, or their Complaint would be dismissed for want of prosecution.

Plaintiffs did not pay the filing fee, but instead, on January 5, 2007, Plaintiffs filed a "Response to Order Denying Forma Pauperis," in which they ask the Court to "show leniency" and reconsider its denial of IFP status. Plaintiffs also reiterate their claims, demand a jury trial, and request an "Order of Protection" against the State to "prevent further false arrests, intrusions and violations of their Civil Rights/Privacy, as well as possible phone 'tampering.'" Pet'r Resp. at 1. The Court considers Plaintiffs' Response as a motion for reconsideration. The Court, having reviewed Plaintiffs' motion, finds it to be without merit. Plaintiff's motion for reconsideration (Instrument No. 10) is **DENIED**.

Plaintiffs have failed to pay the filing fee in this case. Accordingly, for all the reasons stated in this Court's December 20, 2006 Order, it is hereby **ORDERED** that Plaintiff's Original Complaint (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas, this 19th day of January, 2006.

Samuel B. Kent
United States District Judge