IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SHEILA BELL and<br>CHRISTOPHER BELL, Plaintiffs<br><br>v.<br><br><br>OFFICE OF THE ATTORNEY GENERAL<br>and JOYCE WASHINGTON, Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. G-06-683<br>§<br>§<br>§<br>§ |

# **FINAL JUDGMENT**

For the reasons stated in this Court's December 20, 2006 Order, as well as its Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this 19th day of January, 2007.

_____
Samuel B. Kent
United States District Judge